MINUTE ENTRY
AFRICK, J.
January 3, 2024
JS-00:10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLEE BANNING ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-7261** |
| **JEFFERY CARRERAS ET AL.** | **SECTION I** |

### MINUTE ENTRY & ORDER

On this date, the Court held a telephone conference with counsel for plaintiffs, 2604 Magazine Properties, LLC and Kimberlee Banning (collectively, "plaintiffs"), and counsel for defendants, Jeffery Carreras, Jaimee Carreras, and 3226 Magazine Properties, LLC (collectively, "defendants"), participating. The parties and the Court discussed plaintiffs' motion[1] for a preliminary injunction. During the conference, counsel for defendants advised the Court that defendants Jeffery Carreras and Jaimee Carreras would waive service of process, and that all defendants would file their answer(s) no later than January 26, 2024. Plaintiffs also indicated that they intended to take limited discovery related to their motion for a preliminary injunction. Pursuant to the discussion at the conference,

---

[1] R. Doc. No. 8.

**IT IS ORDERED** that all defendants shall file their answer(s) no later than **JANUARY 26, 2024**.

**IT IS FURTHER ORDERED** that the parties shall confer to set a discovery schedule for limited discovery related to plaintiffs' motion for a preliminary injunction. If the parties are unable to reach an agreement, they shall proceed before the U.S. Magistrate Judge with respect to such discovery.

**IT IS FURTHER ORDERED** that, with plaintiffs' consent and based on the need to take limited discovery in connection with the motion, plaintiffs' motion for a preliminary injunction is **DISMISSED WITHOUT PREJUDICE** to plaintiffs' right to re-urge it as appropriate after the parties' limited discovery is complete.

New Orleans, Louisiana, January 3, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**